IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOHN ZAPATA et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 11-04148-CV-W-FJG |
| ) | |
| SIRCAL-KOZENY-WAGNER, et al. ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Plaintiff John Zapata is hereby **ORDERED** to show cause why he has not filed responses to Defendant Missouri Department of Labor and Industrial Relations' Motion to Dismiss (Doc. No. 8) and Defendant Curators of the University of Missouri's Motion to Dismiss (Doc. No. 11). The Missouri Department of Labor and Industrial Relations filed a Motion to Dismiss on July 27, 2011 (Doc. No. 8). The Curators of the University of Missouri filed a Motion to Dismiss on July 29, 2011 (Doc. No. 11). Plaintiff's responses were due on August 15, 2011. Plaintiff filed a Motion for Extension of Time (Doc. No. 12). This Court granted Plaintiff's Motion for Extension of Time until August 31, 2011 (Doc. No. 13). Plaintiff has failed to respond.

Plaintiff is cautioned that failing to show cause may result in the dismissal of his complaint as to Defendant Missouri Department of Labor and Industrial Relations and Defendant Curators of the University of Missouri without further notice.

Accordingly, Plaintiff is **ORDERED** to show cause in writing on or before **Thursday, October 6, 2011,** why he has failed to respond to the Motions to Dismiss.

**IT IS FURTHER ORDERED** that the Clerk of the Court send a copy of this order via regular and certified mail to Plaintiff at the following address: John Zapata 1935 Yolande Lincoln, NE 68521.

**IT IS SO ORDERED.**


Date: 9/16/2011                                         **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                           Fernando J. Gaitan, Jr.
                                                              Chief United States District Judge